UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALAN G. BREWER,<br><br>       Petitioner,<br><br> v.<br><br>PATRICK R. GLEBE,<br><br>       Respondent. | No. C10-5455 BHS/KLS<br><br>ORDER GRANTING RESPONDENT'S MOTION TO EXPAND THE STATE COURT RECORD |

 Before the court is Respondent's Motion to Expand the State Court Record pursuant to Rules 5 and 7 of the Rules Governing Section 2254 Cases.  ECF No. 12.  Respondent moves to add as Exhibit 10 "Defendant's Motion to Modify Judgment and Sentence, *State v. Brewer,* Clark County Superior Court Cause No. 06-1-01605-0," because the Respondent received the document from the trial court after he had submitted his answer.

 It is **ORDERED** that Respondent's Motion to Expand the State Court Record (ECF No. 12) is **GRANTED.**  The Clerk shall send copies of this Order to Petitioner and to counsel for Respondent.

 DATED this  1st  day of November, 2010.

               /s/ Karen L. Strombom
               Karen L. Strombom
               United States Magistrate Judge

ORDER - 1