# United States District Court

WESTERN DISTRICT OF WASHINGTON

ALAN G. BREWER

v.

PAT GLEBE

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5455BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is **ADOPTED**;

The petition brought under 28 U.S.C. § 2254 is **DISMISSED with prejudice** as Petitioner's claims are unexhausted and procedurally barred and Petitioner has made no showing of cause and prejudice or actual innocence; and

Petitioner's motion to stay (Dkt. 2) is **DENIED**.

| | |
|---|---|
| December 17, 2010 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |